COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-16-00383-CV

Style:      In re International Agencies Co., Ltd., Relator

Date motion filed*:      June 1, 2016

Type of motion:      Unopposed First Motion for Extension of Time to File His Response to Petition for Writ of Mandamus

Party filing motions:      Real Party in Interest Jon Malone, Court-Appointed Receiver

Document to be filed:      Response to Petition

Is appeal accelerated?      Yes (original proceeding).

If motion to extend time:

     Original due date:      June 2, 2016

     Number of extensions granted:      0      Current Due Date: June 2, 2016

     Date Requested:      June 15, 2016

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: June 15, 2016.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Laura C. Higley _____

         ☑ Acting individually      ☐ Acting for the Court

Date: June 2, 2016 _____

November 7, 2008 Revision